**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Quentin Lionel Laws v. The State of Texas

Appellate case number:     01-15-01101-CR

Trial court case number:   11CR3580

Trial court:               405th District Court of Galveston County

On February 16, 2016, appellant's appointed appellate counsel, Calvin D. Parks, filed a motion to withdraw with a brief in the above-referenced appeal concluding that the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008). Appellant, acting *pro se*, has filed a form motion requesting a copy of the appellate record for his response and an extension of time to file his response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

The Court **grants** the motion and **orders** the trial court clerk, no later than **10 days** from the date of this order, to provide a copy of the records, including the clerk's record, the reporter's record, and any supplemental records, to the appellant. The trial court clerk shall further certify to this Court, **within 15 days** of the date of this order, the date upon which delivery of the records to the appellant is made. Finally, appellant's response to his appointed counsel's brief shall be filed **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature: _/s/ Evelyn V. Keyes
                    ☒ Acting individually      ☐ Acting for the Court

Date:  March 1, 2016